442

884 A.2d 251

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Woodrow BALLARD, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 2005.

Decided Oct. 18, 2005.

Aaron Charles Finestone, for Woodrow Ballard, appellant.

Hugh J. Burns, Philadelphia, Peter Carr, for the Com. of PA., appellee.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.